| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles Pappas**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–6483**<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court District of **Maine** | | Date case filed for chapter **13**  **April 3, 2018** |
| Case number:  **18–20179** | | |

Official Form 309I                                                                                                                    12/17
# Notice of Chapter 13 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles Pappas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 66 Medawisla Rd.<br>Roxbury, ME 04275 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey P. White Esq.<br>Jeffrey P. White and Associates, P.C.<br>243 Mount Auburn Ave.<br>Suite B–1<br>Auburn, ME 04210 | Contact phone (207) 689–2111<br><br>Email:  jwhite@whitelawoffices.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew M. Dudley<br>Standing Chapter 13 Trustee's Office<br>P.O. Box 429<br>Brunswick, ME 04011 | Contact phone (207) 725–1300<br><br>Email:  jawill@chap13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 537 Congress Street<br>Portland, ME 04101–3318 | Hours open:<br>Monday–Friday<br>8:30 am – 1:00 pm<br>1:30 pm – 4:30 pm<br><br>Contact phone (207)780–3482<br><br>Date: April 4, 2018 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 30, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**U.S. Trustee's Office, 537 Congress Street, Suite 300, Portland, ME 04101** |
| | *** **Valid photo identification required** *** | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: June 29, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: June 12, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **Governmental units have 180 days from the date of filing the case or the date of conversion to file proof of claim.** |
| | **Deadline to seek a determination of automatic dismissal for failure to file all information required by section 521(a)(1) is 75 days from the date of filing the case.** | |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. An automated proof of claim can be filed online at https://ecf.meb.uscourts.gov/cgi–bin/autoFilingClaims.pl.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing and Confirmation of plan** | The hearing on confirmation will be held on **May 24, 2018** at **10:00 AM** , at **U.S. Courthouse, Room 30600, 202 Harlow Street, Bangor, ME 04401** .<br>A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                          United States Bankruptcy Court
                                 District of Maine
In re:                                                         Case No. 18-20179-maf
Charles Pappas                                                 Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0100-2          User: admin                  Page 1 of 1           Date Rcvd: Apr 04, 2018
                              Form ID: 309I                Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db             Charles Pappas,    66 Medawisla Rd.,    Roxbury, ME   04275
smg           +State of Maine,    Bureau of Revenue Services,    Compliance Division Bankruptcy Unit,
                P.O. Box 1060,    Augusta, ME 04332-1060
2137871       +Boscarino, Grasso & Twachtman, LLP,    628 Hebron Ave., Building 2, Suite 301,
                Glastonbury, CT 06033-5007
2137875       +Donna Parris,    c/o Connecticut fair Housing,    221 Main St,    Hartford, CT 06106-1864
2137877       +Julie Webber, Trustee,    Farmers Hill Trust,    PO Box 211,    Roxbury, ME 04275-0211
2137878       +Michael J. Coolican,    Bracewell and Giuliani, LLP,    225 Asylum St., Suite 2600,
                Hartford, CT 06103-1534
2137879       +Robert and Jean Shafer,    1361 Leonard St NE,    Grand Rapids, MI 49505-5512
2137880       +Timothy Bennett-Smyth,    The Connecticutt Fair Housing Center,    221 Main St., 4th Floor,
                Hartford, CT 06106-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jwhite@whitelawoffices.com Apr 04 2018 20:24:32     Jeffrey P. White, Esq.,
                Jeffrey P. White and Associates, P.C.,    243 Mount Auburn Ave.,    Suite B-1,
                Auburn, ME   04210
tr            +E-mail/Text: jawill@chap13.com Apr 04 2018 20:24:48     Andrew M. Dudley,
                Standing Chapter 13 Trustee’s Office,    P.O. Box 429,    Brunswick, ME 04011-0429
ust           +E-mail/Text: USTPREGION01.PO.ECF@USDOJ.GOV Apr 04 2018 20:24:46     Office of U.S. Trustee,
                537 Congress Street, Suite 300,    Portland, ME 04101-3490
2137870       +E-mail/Text: r.morales@avidiabank.com Apr 04 2018 20:24:40     Avidia Bank,    42 Main Street,
                Hudson, MA 01749-2183
2137872       +EDI: CAPITALONE.COM Apr 05 2018 00:28:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
2137873       +EDI: MERRICKBANK.COM Apr 05 2018 00:28:00     Cardworks/CW Nexus,    Attn: Bankruptcy,
                Po Box 9201,    Old Bethpage, NY 11804-9001
2137874       +EDI: RCSFNBMARIN.COM Apr 05 2018 00:28:00     Credit One Bank,    Attn: Bankruptcy,
                Po Box 98873,    Las Vegas, NV 89193-8873
2137876        EDI: IRS.COM Apr 05 2018 00:28:00     Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
2137909       +E-mail/Text: usame.ebn@usdoj.gov Apr 04 2018 20:24:45     Office of US Attorney,
                100 Middle Street,    East Tower, 6th Floor,    Portland, ME 04101-4100
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```