*Relief requested without a hearing*

UNITED STATES BANKRUPTCY COURT
District of Maine

| | |
|---|---|
| In the matter of:<br><br>**CHARLES PAPPAS**<br><br>Debtor(s) | Chapter 13<br>Case No. 18-20179 |

# TRUSTEE'S MOTION TO REQUIRE TAX COMPLIANCE
# AND PROHIBIT EXTENSIONS

NOW COMES the Standing Chapter 13 Trustee, Andrew M. Dudley, by and through his undersigned staff attorney, and moves for an order of this honorable court to require the debtor(s) to file any tax returns which were on extension as of the date of the bankruptcy filing and to prohibit the debtor(s) from seeking or obtaining any extension to file tax returns during the term of the Chapter 13 case, except by express order of court after motion, notice and opportunity for hearing. The trustee further seeks to require the debtors to pay all postpetition tax liabilities as they fall due. In support whereof, the trustee says, that efficient administration of this Chapter 13 case requires any outstanding tax returns to be filed within 30 days, that all tax returns required to be filed during the pendency of this case be filed by the first applicable statutory and regulatory deadlines, and that postpetition tax obligations be met as they fall due.

Date:   April 6, 2018

*/s/ William H. Sandstead*
_____
WILLIAM H. SANDSTEAD
ANDREW M. DUDLEY, Trustee
Standing Chapter 13 Trustee
P.O. Box 429
Brunswick, ME  04011-0429
(207) 725-1300

# CERTIFICATE OF SERVICE
## FOR ELECTRONIC CASE FILING

    I, William H. Sandstead, hereby certify that I caused a true and correct copy of the following document(s) to be served today on the parties listed below as follows:

<u>Document(s) served</u>: Trustee's motion filed herewith

<u>Service electronically via the Court's ECF system to</u>:
Jeffrey White, Esq., Debtor's Counsel
Stephen Morrell, Esq., Assistant U.S. Trustee
*All other parties listed on N.E.F. as being served electronically.*

<u>Service by U.S. first class mail, postage prepaid, to</u>:

Charles Pappas
66 Medawisla Road
Roxbury, ME 04275

State of Maine
Bureau of Revenue Services
Attn: Paula Thomas
24 State House Station
Augusta, ME  04333-0024

Internal Revenue Service
Attn: Diane Fredette
Special Procedures
68 Sewall Street, Room 311
Augusta, ME 04330

Date:   April 6, 2018

*/s/ William H. Sandstead*
_____
WILLIAM H. SANDSTEAD