# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

Charles Pappas,

Debtor(s)

Chapter 13
Case No.18-20179

## NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

Confirmation of the debtor's Chapter 13 Plan dated April 3, 2018 (DE #4), a copy of which accompanies this notice, will be brought for hearing before the United States Bankruptcy Court, District of Maine, 202 Harlow St., 3rd Floor, Bangor, ME 04401, on

**May 24, 2018 at 10:00 a.m**.

Any order of confirmation will be binding on all parties pursuant to 11 U.S.C. Sec. 1327, except as provided by 11 U.S.C. Sec. 1329.

**YOUR RIGHTS MAY BE AFFECTED. You should read the attached plan carefully and discuss it with your attorney if you have one in this case. If you do not have an attorney, you may wish to consult one.**

If you do not object to the plan, no action is required by you. If you object to the plan, or if you wish to be heard on any matter affected by the plan, you must file a written objection or other written statement with the Clerk, United States Bankruptcy Court, District of Maine, 202 Harlow St., 3rd Floor, Bangor, ME 04401 on or before the close of business on **May 10, 2018**. A copy of your objection or statement must be sent to the undersigned at the address set forth below, upon the Standing Chapter 13 Trustee, P.O. Box 429, Brunswick, ME 04011, and upon the United States Trustee, 537 Congress Street, Suite 303, Portland, ME 04101. If you file an objection or statement, you should also appear at the hearing on the date and time set forth above. If you or your attorney do not file a written response and appear at the hearing, the Court may confirm the plan according to its terms.

Dated at Auburn, Maine, this 11th day of April, 2018.

/s/ Jeffrey P. White_____
Jeffrey P. White, Esq.
Jeffrey P. White and Associates, P.C.
243 Mt. Auburn Ave., S. B-1
Auburn, Maine 04210
Phone: (207) 689-2111