# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

```
*******************************
In re:                        *
                              *
Charles Pappas                *           Chapter        13
_____        *
                              *
                              *           Case No.       18-20179
                              *
              Debtor(s)       *
*******************************
```

## CERTIFICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I swear under penalty of perjury that the answers to the following questions are complete, true and correct:

1. Full Name: Greg Kirschner

2. State Bar Membership numbers: Conn. No. 424287

3. Business address, telephone and fax numbers
   The Connecticut Fair Housing Center
   221 Main Street, 4th Floor         Phone: 860-263-0724
   Hartford, CT 06106                 FAX: 860-247-4236

4. List all state and federal courts or bar associations in which you are a member in good standing to practice law:
   Connecticut State and Federal Courts (Conn. Federal Bar # 26888)

5. Name, address and telephone number of associated local counsel:
   Thomas A. Cox, Esq.
   P.O. Box 1314                      Phone: 207-749-6671
   Portland, Maine 04104

6. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ YES  ✔ NO

7. Have any proceedings, which could lead to any such disciplinary actions as described in question 6, been instituted against you in any such bodies?

    (You must attach a separate sheet with detailed explanations of Yes answers to Questions 6 or 7.)  ✔ YES  ☐ NO

8. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?  ✔ YES  ☐ NO

Dated: April 18, 2018

/s/ Greg Kirschner
Applicant

Dated: April 27, 2018

/s/ Thomas A. Cox
Local Counsel

In 2012 a defendant in a case in which the Connecticut Fair Housing Center represented the plaintiff filed a grievance against me with the Connecticut Statewide Grievance Committee. It was assigned case # 12-0625. The complaint was dismissed by the Grievance Committee on May 10, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Charles Pappas,**

Debtor.

Chapter 13

Case No. 18-20179

CERTIFICATE OF SERVICE OF CERTIFICATION
FOR PRO HAC VICE ADMISSION

      I, Thomas A. Cox, hereby certify that I am over eighteen years old and that on April 27, 2018, I filed a true and correct copy of the Certificate for Admission Pro Hac Vice via the Court's CM/ECF electronic filing system.

      I further certify that a copy of the above-referenced notice was served on the following parties via the form of service indicated below.

Dated: April 27, 2018

*/s/ Thomas A. Cox*
Thomas A. Cox
P.O. Box 1314
Portland, Maine 04104
(207) 749-6671

`                    1

**Served electronically:**

Office of U.S. Trustee
Chapter 13 Trustee
All parties on Court ECF mailing list

**Served via mail:**

Greg Kirschner, Esq.
greg@ctfairhousing.org