# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

Charles Pappas,

Debtor

Chapter 13
Case No. 18-20179

## ORDER SETTING DISCOVERY SCHEDULE

After consultation with counsel to the Debtor and counsel to Donna Parris in the above-captioned matter, the Court orders the following:

1. The debtor may not amend his plan after July 13, 2018 without prior Court approval, after notice and opportunity for hearing;

2. This contested matter is governed by Fed. R. Bankr. P. 9014, including Rule 9014(c). Discovery is authorized but must be completed on or before September 14, 2018. The scope of discovery is determined under Fed. R. Civ. P. 26(b)(1), as applied to the chapter 13 plan [Dkt. No. 4], the chapter 13 trustee's objection to the plan [Dkt. No. 12], and Ms. Donna Parris's objection to the plan [Dkt. No. 13]; and

3. After the close of discovery, the parties must promptly contact the Court to schedule a final, pre-trial conference for the purpose of formulating a trial plan. *See* Fed. R. Civ. P. 16(e) (made applicable to this contested matter by this order).

Dated: June 6, 2018

Michael A. Fagone
United States Bankruptcy Judge
District of Maine