12/25/2018

Case # 18-20179

Dear Judge Fagone,

  I am writing you this letter in response to the motion to compel letter I got from you. I have turned over all of the documents that I was given for the roxbury road trust in my possession from steven galner whose trust it was and I was the trustee. Unfortunately steven has died and is no longer with us. Im a single mother of 3 without receiving any child support and am struggling to pay my bills with just living. Im asking you not to sanction me 12000 dollars which I do not have .

Thank You very much

Julie Webber

*[signature]*

Julie Webber
po box 135
Roxbury,me 04275