UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Charles Pappas**,

Debtor.

Chapter 13

Case No.: 18-20179

## ORDER GRANTING MOTION FOR SANCTIONS

Upon review of Ms. Parris' motion for sanctions [Dkt. No. 94] in this contested confirmation proceeding, and after notice and a hearing;

It is ORDERED, that the Debtor has waived attorney-client privilege regarding the emails identified in the motion and to counsel for the Debtor as (1) containing no legal advice or (2) containing an exception from privilege.

Dated: June 7, 2019

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine